STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

17-988 consolidated with 17-985, 17-986, 17-987,
17-989, 17-990, 17-991, 17-992


CLARISSE ARMSTEAD, ET AL.

VERSUS

MULTI-CHEM GROUP, LLC, ET AL.


\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 119754
HONORABLE ANTHONY THIBODEAUX, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

MARC T. AMY
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Marc T. Amy, Van H. Kyzar, and Candyce G. Perret, Judges.


**REVERSED IN PART; AFFIRMED AS AMENDED AND RENDERED.**

Richard G. Duplantier, Jr.
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040
New Orleans, LA   70139
(504) 525-6802
COUNSEL FOR DEFENDANTS/APPELLANTS:
    Multi-Chem Group, LLC
    Cade Bourque
    John Gauthier
    Nathan Walker
    Aaron Gauthier

**Robert deLoney Downing**
**8201 Jefferson Highway**
**Baton Rouge,   LA 70809**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
     **Clarisse Armstead, et al.**

**David Wynne**
**Wynne & Wynne**
**1415 Louisiana Street, Suite 3900**
**Houston, TX   77002**
**(713) 227-8835**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
     **Clarisse Armstead, et al.**

**AMY, Judge.**

For the reasons provided in the consolidated appeal of *Robert J. Broussard, et al. v. Multi-Chem Group, LLC*, 17-985 (La.App. 3 Cir. _/_/18), _ So.3d _, the awards to Sheral Iles, Julia Tillman, Adam Curley, Dorothy Lopez, and Clarisse Armstead for mental anguish resulting from the fear of developing cancer are reversed. The remainder of the award is affirmed. Thus, the judgment is partially recast as to those plaintiffs and rendered, in part, as follows:

> **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there be a judgment herein in favor of plaintiff, **SHERAL ILES**, and against defendants, **MULTI-CHEM GROUP, LLC, et al** condemning said defendants to pay unto plaintiff, **SHERAL ILES** the full sum of $11,431.75 ($4,039.75 in medical expenses; $392.00 in lost wages; and $7,000.00 in general damages).

> **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there be a judgment herein in favor of plaintiff, **JULIA TILLMAN**, and against defendants, **MULTI-CHEM GROUP, LLC, et al** condemning said defendants to pay unto plaintiff, **JULIA TILLMAN** the full sum of $5,000.00 ($5,000.00 in general damages).

> **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there be a judgment herein in favor of plaintiff, **ADAM CURLEY**, and against defendants, **MULTI-CHEM GROUP, LLC, et al** condemning said defendants to pay unto plaintiff, **ADAM CURLEY** the full sum of $5,000.00 ($5,000.00 in general damages).

> **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there be a judgment herein in favor of plaintiff, **DOROTHY LOPEZ**, and against defendants, **MULTI-CHEM GROUP, LLC, et al** condemning said defendants to pay unto plaintiff, **DOROTHY LOPEZ** the full sum of $2,573.00 ($2,500.00 in general damages and $73.00 in medical expenses).

> **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there be a judgment herein in favor of plaintiff, **CLARISSE ARMSTEAD**, and against defendants, **MULTI-CHEM GROUP, LLC, et al** condemning said defendants to pay unto plaintiff, **CLARISSE ARMSTEAD** the full sum of $2,000.00 ($2,000.00 in general damages).

The judgment is thereafter affirmed as amended. Costs of this proceeding are assessed to the defendants-appellants, Multi-Chem Group, LLC, Cade Bourque, John Gauthier, Nathan Walker, and Aaron Gauthier.

**REVERSED IN PART; AFFIRMED AS AMENDED AND RENDERED.**